UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV11-653-CAS(JCGx) | Date | May 21, 2014 |
|---|---|---|---|
| Title | *PETRA ANN PARKER v. EMPLOYMENT & TRAINING AGENCY (SBETA); ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On November 15, 2013, a Notice of Deficiency was issued informing plaintiff that service was lacking upon the United States Attorney's Office. To date, no proof of service as to US Census Bureau has been filed.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 5, 2014** why this action should not be dismissed for lack of prosecution **as to defendant US CENSUS BUREAU.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    A proof of service of summons and complaint on **defendant US CENSUS BUREAU**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |